## IN RE CHRISTINE F.

The defendant mother's petition for certification for appeal from the Appellate Court, 6 Conn. App. 360, is denied.

*James W. Auwood,* in support of the petition.

*Judith Merrill Earl,* assistant attorney general, in opposition.

Decided April 23, 1986

## IN RE MIGDALIA M.

The plaintiff's petition for certification for appeal from the Appellate Court, 6 Conn. App. 194, is denied.

*Judith Merrill Earl,* assistant attorney general, in support of the petition.

*John D. Thomas,* in opposition.

Decided April 23, 1986

## SOCIETY FOR SAVINGS *v.* ROBERT H. KALECHMAN ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 6 Conn. App. 468, is denied.

*Robert H. Kalechman,* pro se, in support of the petition.

*Donald G. Rosenberg,* in opposition.

Decided April 23, 1986

## STATE OF CONNECTICUT *v.* JEFFREY L. FLUERY

The defendant's petition for certification for appeal from the Appellate Court, 6 Conn. App. 402, is denied.

*Glenn E. Coe,* in support of the petition.

*John M. Massameno,* assistant state's attorney, in opposition.

Decided April 23, 1986